

**FILED**

OCT 07 2020

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 20 CR 229 JED |
| ) | |
| Plaintiff, ) | **INDICTMENT** |
| ) | [18 U.S.C. §§ 922(g)(1) and 924(a)(2) - |
| v. ) | Felon in Possession of a Firearm and |
| ) | Ammunition; |
| DAVID SAMUEL BOGGS, JR., ) | Forfeiture Allegation: 18 U.S.C. § |
| ) | 924(d)(1) and 28 U.S.C. § 2461(c) - |
| Defendant. ) | Firearm Forfeiture] |

**THE GRAND JURY CHARGES:**

On or about June 17, 2020, in the Northern District of Oklahoma, the defendant, **DAVID SAMUEL BOGGS, JR.**, knowing he had previously been convicted of the following crimes punishable by imprisonment for terms exceeding one year:

1. Kidnapping (Count One), Case No. CF-2018-4960, in the District Court of Tulsa County, State of Oklahoma, on January 3, 2019;

2. Kidnapping (Count Two), Case No. CF-2018-4960, in the District Court of Tulsa County, State of Oklahoma, on January 3, 2019; and

3. Domestic Abuse - Second Offense (Count Three), Case No. CF-2018-4960, in the District Court of Tulsa County, State of Oklahoma, on January 3, 2019,

did knowingly possess in and affecting interstate commerce the following firearm and ammunition:

1. An FMK, Model Patriot, .9mm caliber pistol, serial number BGG0778; and

2. Eleven rounds of .9mm caliber ammunition.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATION
### [18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

The allegation contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense alleged in this Indictment, as a part of his sentence, the defendant, **DAVID SAMUEL BOGGS, JR.**, shall forfeit to the United States any firearm and ammunition involved in or used in the knowing commission of such offense. The property to be forfeited includes, but is not limited to:

1. An FMK, Model Patriot, .9mm caliber pistol, serial number BGG0778; and
2. Eleven rounds of .9mm caliber ammunition.

All pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

R. TRENT SHORES
UNITED STATES ATTORNEY

KEVIN C. FLETCHER
Assistant United States Attorney

A TRUE BILL

*/s/ Grand Jury Foreperson*
Grand Jury Foreperson